# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| England, Jr., Morrison C. | Easterrn District of California | 07/08/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

Robert T. Matsui United States Courthouse
501 1 Street
Sacramento, CA 95814

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **England, Jr., Morrison C.** | 07/08/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME |
|---|---|---|---|
| | | | (yours, not spouse's) |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | KAISER PERMANENTE (PENSION) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| England, Jr., Morrison C. | 07/08/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Credit Card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| England, Jr., Morrison C. | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   INDIVIDUAL ASSEETS (H) | | | | | | | | | |
| 2.   WELLS FARGO (cash) (X) | A | Interest | M | T | | | | | |
| 3.   VANGUARD EXTENDED MARKET INDEX FUND (VIEIX) | A | Interest | J | T | | | | | |
| 4.   RETIREMENT PLAN (PLAN B) (H) | | | | | | | | | |
| 5.   KP RETIREMENT PATH 2020 (KPRBX) (X) | D | Dividend | M | T | | | | | |
| 6.   VANGUARD INTERNATIONAL GROWTH ADM (VWILX) (X) | A | Dividend | J | T | | | | | |
| 7.   VANGUARD PRIMCAP FUND AD (VPMAX) (X) | B | Dividend | K | T | | | | | |
| 8.   KP SMALL CAP EQUITY INST (KPSCX) (X) | A | Dividend | J | T | | | | | |
| 9.   VANGUARD WELLINGTON FUND AD (VWENX) (X) | B | Dividend | K | T | | | | | |
| 10.  TRP INTL DISC I CL (TIDDX) (X) | A | Dividend | K | T | | | | | |
| 11.  INST TOT BD MKT TX TR (VBTIX) (X) | | None | J | T | | | | | |
| 12.  KAISER PERMANENTE TAX SHELTERED ANNUITY (VARIABLE) (H) | | | | | | | | | |
| 13.  KP RETIREMENT PATH 2020 (KPRBX) (X) | E | Dividend | N | T | | | | | |
| 14.  VANGUARD INTERNATIONAL GROWTH ADM (VWILX) (X) | A | Dividend | J | T | | | | | |
| 15.  VANGUARD TOTAL BOND MKT IX IST PLS (VBMPX) (X) | A | Dividend | J | T | | | | | |
| 16.  VANGUARD PRIMCAP FUND AD (VPMAX) (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **England, Jr., Morrison C.** | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 17. KP SMALL CAP EQUITY INST (KPSCX) (X) | A | Dividend | J | T | | | | | |
| 18. VANGUARD WELLINGTON FUND AD (VWENX) (X) | C | Dividend | M | T | | | | | |
| 19. TRP INTL DISC I CL (TIDDX) (X) | A | Dividend | L | T | | | | | |
| 20. RETIREMENT ACCOUNT (H) | | | | | | | | | |
| 21. FIDELITY CONTRA POOL CL 2 (FCNTX) (X) | | None | | | Sold | 11/26/19 | K | | |
| 22. VANGUARD PRIMCAP FUND ADM (VPMAX) (X) | C | Dividend | L | T | | | | | |
| 23. BTC ACWI EX US IMI F | | None | K | T | Buy | 11/26/19 | K | | |
| 24. BTC US DEBT INDEX F | | None | J | T | Buy | 11/26/19 | J | | |
| 25. BTC LIFEPATH RET F (X) | | None | M | T | | | | | |
| 26. IRA #1 (H) | | | | | | | | | |
| 27. PIMCO INCM CL A (PONAX) (X) | A | Dividend | J | T | | | | | |
| 28. DOUBLELINE SHILLER EHNCD CAP FD N (DSENX) (X) | A | Dividend | J | T | | | | | |
| 29. OAKMARK EQUITY & INCOME FD INV (OAKBX) (X) | A | Dividend | J | T | | | | | |
| 30. OAKMARK GLOBAL FUND INV (OAKGX) (X) | A | Dividend | J | T | | | | | |
| 31. IRA #2 (H) | | | | | | | | | |
| 32. CHARLES SCHWAB BANK SWEEP (cash) (X) | A | Interest | K | T | | | | | |
| 33. BHH CORE SELECT FUND CL A (BBTEX) (X) | | None | | | Sold | 09/26/19 | K | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| England, Jr., Morrison C. | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 34. DOUBLELINE FLEXIBLE INCM (DFLEX) (X) | A | Dividend | K | T | | | | | |
| 35. DOUBLELINE TOTAL RETURN BD FD CL I (DBLTX) (X) | B | Dividend | M | T | | | | | |
| 36. LOOMIS SAYLES BOND FUND (LSBDX) (X) | A | Dividend | K | T | | | | | |
| 37. LOOMIS SAYLES SR FLTNG RATE & FI Y (LSFYX) (X) | A | Dividend | | | Buy (add'l) | 09/26/19 | J | | |
| 38. | | | | | Sold | 12/02/19 | K | | |
| 39. OSTERWEIS STRATEGIC INCOMD FUND (OSTIX) (X) | A | Dividend | L | T | | | | | |
| 40. PIMCO INCM CL (PIMIX) (X) | B | Dividend | L | T | Buy (add'l) | 12/02/19 | K | | |
| 41. T ROWE PRICE INST GLOATING RATE FD (RPIFX) (X) | A | Dividend | L | T | | | | | |
| 42. BARON EMRG MKTS FD INST (BEXIX) (X) | A | Dividend | K | T | | | | | |
| 43. BRANDES EMERGING MARKETS CL I (BEMIX) (X) | A | Dividend | K | T | Buy (add'l) | 09/26/19 | K | | |
| 44. COVE STREET CAPITAL SM CAP VAL INST (CSCAX) (X) | A | Dividend | K | T | Buy | 09/26/19 | K | | |
| 45. DOUBLELINE SHILLER EHNCD CAPE FD 1 (DSEEX) (X) | C | Dividend | M | T | | | | | |
| 46. FPA CRESCENT FUND INST CL SHARES (FPACX) (X) | B | Dividend | L | T | | | | | |
| 47. JENSEN QUAITY GROWTH FD CL J (JENSX) (X) | B | Dividend | K | T | | | | | |
| 48. LAUDUS U.S. LARGE CAP GROWTH FUND (LGILX) (X) | C | Dividend | K | T | | | | | |
| 49. LAZARD INTL STRATEGIC EQUITY PORT INST CL (LISIX) (X) | A | Dividend | K | T | | | | | |
| 50. LITMAN GREGORY MASTERS ALT STRAT INST (MASFX) (X) | A | Dividend | L | T | Buy (add'l) | 12/02/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **England, Jr., Morrison C.** | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. LITMAN GREGORY MASTERS EQTY FD INST (MSEFX) (X) | | None | | | Sold | 12/02/19 | K | | |
| 52. LITMAN GREGORY MASTERS INTL FD INST (MSILX) (X) | A | Dividend | K | T | | | | | |
| 53. OAKMARK FUND ADV (OAYMX) (X) | C | Dividend | K | T | | | | | |
| 54. OAKMARK GLOBAL SELECT FUND INV (OAKWX) (X) | A | Dividend | K | T | | | | | |
| 55. OAKMARK INTL FD INV (OAKIX) (X) | A | Dividend | J | T | | | | | |
| 56. PIMCO ALL ASSET ALL AUTHORITY CL INST (PAUIX) (X) | A | Dividend | K | T | | | | | |
| 57. PIMCO ALL ASSET INSTL CL (PAAIX) (X) | B | Dividend | L | T | Buy (add'l) | 12/19/19 | J | | |
| 58. THORNBURG INVT INCOME BUILDER FD CL I (TIBIX) (X) | B | Dividend | L | T | | | | | |
| 59. TWEEDY BROWNE GLOBAL VAL UE FUND (TBGVX) (X) | A | Dividend | K | T | | | | | |
| 60. VANGUARD TOTAL STOCK MKT INDEX FD ADMIRAL SHARE (VTSAX) (X) | A | Dividend | K | T | Buy | 12/02/19 | K | | |
| 61. VANGUARD WELLESLEY INCOME FD INVESTOR SHARE (VWINX) (X) | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **England, Jr., Morrison C.** | 07/08/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Morrison C. England, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544